AO 245B (Rev. 6/05 - Judgment in a Criminal Case

# United States District Court
## Northern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| JOSE VILLANEDA-DE CASAS | Case Number: CR06-00145RS |

USM Number:

Angela Hansen, Federal Public Defender
Defendant's Attorney

**FILED**

**THE DEFENDANT:**

MAR 2 3 2006

[x]  pleaded guilty to count(s): ONE of the Information.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18, Section 1325(a) | Unlawful re-entry into the United States | after 06/22/05 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

March 23, 2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Howard R. Lloyd, U. S. Magistrate Judge
Name & Title of Judicial Officer

3/23/06
Date

AO 245B (Rev. 12/03) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | JOSE VILLANEDA-DE CASAS | Judgment - Page 2 of 3 |
| CASE NUMBER: | CR06-00145RS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  Three months .

[x]   The Court makes the following recommendations to the Bureau of Prisons:
Consider credit beginning February 17, 2006.

[x]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
Deputy United States Marshal

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:      JOSE VILLANEDA-DE CASAS
CASE NUMBER:    CR06-00145RS

Judgment - Page 3 of 3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties.

|          | Assessment | Fine  | Restitution |
|----------|------------|-------|-------------|
| Totals:  | $ 10.00    | $ 0.0 | $ 0.0       |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.